# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS):** Upper Marlboro 14735 Main St, Upper Marlboro MD 20772

**CASE NO.:** CV

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of: ☐ contract  ☒ tort  ☐ replevin  ☐ detinue  ☐ bad faith insurance claim

The particulars of this case are: See Attach

## PARTIES

**Plaintiff:** Jim Gray, 6805 Valley Park Rd, Sept Pleasant MD 20717

**Defendant(s):**
1. CSC-Lawyers Incorporating Services Comp. 7th St Paul ST Suite 820 Baltimore MD 21202
   Serve by: ☒ Certified Mail

The Plaintiff claims $ 30,000.00 plus interest of $ 0, Interest at the ☐ legal rate ☐ contractual rate calculated at ___% from ___ to ___ (___ days x $___ per day) and attorney's fees of $___ plus court costs.

☐ Return of the property and damages of $___ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $___ for its detention in action of detinue.
☐ Other:___
and demands judgment for relief.

Printed Name: Jim Gray
Address: 6805 Valley Park Rd
Telephone Number: 240-461-9695
E-mail: jigray2121@yahoo.com

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) ___ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: ___
☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 2/20/2018

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based  ☐ Itemized statement of account  ☐ Interest worksheet
☐ Vouchers  ☐ Check  ☒ Other written document  Settlement Agreement  ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ ___ Jim Gray ___ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date: 2/20/2018

DC-CV-001 (front) (Rev. 01/2016)   Print Date (09/2016)

```
 1  Jim Gray
    6805 Valley Park Road
 2  Seat Pleasant MD 20743
    (249) 461-9695
 3  Jigray2121@yahoo.com
```

### DISTRICT COURT OF MARYLAND
### PRINCE GEORGE'S COUNTY

| | |
|---|---|
| Jim Gray, | Case No.: [Number] |
| Plaintiff, | |
| vs. | CIVILE ACTION TORT |
| Lawyers Inc Sev Co | |
| 7TH ST PAUL STTREET | |
| SUIT 820 | |
| BALTMORE MD 21202 | |
| & | |
| AMSHER COLLECTION SERVICES, INC | |
| 4524 SOUNTHLACK PARKWAY, | |
| SUITE 15 | |
| BIRMINGHAM, AL 35244, | |
| Defendant | |

2018 FEB 20 P 2:16

On November 18, 2015 I reached an out of court settlement with T-MOBILE USA, INC and my only account with this services provider was closed, at that time another account was discover In my name active In Florida at that time it was agreed upon that due to the account being managed and paid out of Florida that it was not my financial responsibility due to the fact that my account had been ported over to Verizon when I changed cell service.

On September 01, 2017 I notice a collections entry noted on my credit report form AMSHER COLLECTION SEV regarding a T-MOBILE USA account for $3,151.55 at that time I filed a dispute with all 3 credit reporting agencies regarding the error, on October the 10, 2017 I received notice from AMSHER COLLECTION SEV that the account was being reported correctly and no adjustment will be made.

CIVILE ACTION TORT - 1

1        On about October 17, 2017 I called AMSHER COLLECTION SEV to explain to them that this
2  matter had been cleared up in the November 18, 2015 settlement and that my cell numbers with T-MOBILE USA
3  had been ported over to Verizon, and I had no other accounts with T-MOBILE USA.
4        To this day AMSHER COLLECTION SEV has refused to remove this entry from my credit report
5  therefor I am pressuring this action under Fair Credit Reporting Act (FCRA or the Act), 15 U.S.C. 1681 et seq for
6  recovery of damages caused by this false entry on my credit report.
7        I am seeking a Summary Judgment for Actual damages in the amount of $30,000.00
8        To this day ..
9        Dated this 15 of February 2018.

                                                     [Attorney Name]

CIVILE ACTION TORT - 2